### W. N. Kettenring, Administrator, Defendant in Error, v. E. C. McCarthy et al., Plaintiffs in Error.

APPEALS AND ERRORS—*when writ dismissed.* If the bill of exceptions as abstracted fails to show either a finding or judgment in the cause, the writ will be dismissed.

Assumpsit. Error to the County Court of Schuyler county; the Hon. WILLIAM H. DIETERICH, Judge, presiding. Heard in this court at the November term, 1908. Dismissed. Opinion filed May 19, 1909.

G. B. STEELE and GLASS & BOTTENBERG, for plaintiffs in error.

B. O. WILLARD, for defendant in error.

PER CURIAM. The plaintiff in error seeks to have this court reverse a judgment which he claims was rendered against him upon a trial by the court without a jury. The bill of exceptions as abstracted fails to show either a finding or judgment in the cause. In this condition of the record no question is presented to this court for determination.

The writ of error is accordingly dismissed.

*Writ dismissed.*